**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,
STATE OF FLORIDA, ex rel.
MARIELA BARNES**,

    Plaintiffs,

vs.                                                  Case No. 2:13-cv-228-FtM-38DNF

**DR. DAVID SPELLBERG, 21ST CENTURY
ONCOLOGY**, **and NAPLES UROLOGY
ASSOCIATES,**

    Defendants.                      ////    **FILED IN CAMERA AND
UNDER SEAL**

_____/

**STIPULATION OF PARTIAL DISMISSAL**

Plaintiff, the United States of America, by and through its undersigned counsel, and Relator, Mariela Barnes, by and through her counsel, and all Defendants with the exception of Dr. David Spellberg, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), hereby stipulates that the action between these parties, having been fully compromised and settled, be dismissed. With respect to all settled claims, the settling parties agree that the claims should be dismissed with prejudice.

With respect to the claims against Dr. David Spellberg, pursuant to this Court's December 17, 2015 Order, the current deadline for the United States to notify the court of its decision to intervene with respect to Relator's claims against Dr. David Spellberg is January 27, 2016.

Respectfully Submitted,

| | | | |
|---|---|---|---|
| For Relator: | | For Plaintiff: | |
| | | A. LEE BENTLEY III | |
| | | United States Attorney | |

By:  s/ Benjamin H. Yormak
     Benjamin H. Yormak, Trial Counsel
     Florida Bar I.D. No. 71272
     9990 Coconut Road, Suite 206
     Bonita Springs, FL 34135
     Telephone: (239) 985-9691
     Facsimile: (239) 288-2534
     Email: BYormak@YormakLaw.com

By:  *s/ Kyle S. Cohen*
     KYLE SCOTT COHEN
     Assistant United States Attorney
     Florida Bar: 0829951
     2110 First Street, Suite 3-137
     Fort Myers, Florida 33901
     Telephone: (239) 461-2200
     Facsimile: (239) 461-2219
     Email: Kyle.Cohen@usdoj.gov

     and

     Arthur Di Dio
     Attorney, Civil Division
     U.S. Department of Justice
     P.O Box 261, Ben Franklin Station
     Washington, D.C. 20044
     Tel: (202) 305-9300

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2015, a true and correct copy of the foregoing motion was sent by electronic mail to:

Amy Garrigues
K&L Gates LLP
919-466-1275
Amy.Garrigues@klgates.com
Attorney for 21st Century Oncology

                                          *s/ Kyle S. Cohen*
                                          KYLE S. COHEN
                                          Assistant United States Attorney